| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>IN RE:<br><br>CHRISTOPHER HANOVER,<br><br><br>                                    Debtor.<br>------------------------------------------------------------X | tmd3574/nk<br>JUNE 14, 2019<br>9:30AM<br><br>Chapter 13<br>Case No: 819-70826-AST |

## NOTICE OF SETTLEMENT

SIRS:

PLEASE TAKE NOTICE, that an Order of which the within is a true copy will be presented for settlement to the Honorable Alan S. Trust, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York on June 14, 2019, at 9:30AM.


Date:   Jericho, New York
         May 9, 2019


                                                                *s/ Marianne De Rosa*
                                                                MARIANNE DEROSA, CHPT 13 TRUSTEE
                                                                100 JERICHO QUADRANGLE, STE 127
                                                                 JERICHO, NY 11753
                                                                 (516) 622-1340

tmd3574/nk
THIS ORDER RELATES TO A
HEARING HELD ON
MAY 2, 2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X   Chapter 13
IN RE:                                                                        Case No. 819-70826-AST

CHRISTOPHER HANOVER,
                                                                                   ORDER DISMISSING CASE
                                     Debtor.
---------------------------------------------------------X

UPON the April 10, 2019 written application of Marianne DeRosa, Chapter 13 Trustee, (the "Trustee") seeking entry of an Order dismissing the instant Chapter 13 case pursuant to 11 U.S.C. §1307(c) and due notice of the aforesaid application having been given to all necessary parties; and

WHEREAS, on May 2, 2019, the Trustee appeared in support thereof, the Debtor appeared with Counsel; and

WHEREAS, Debtor did not file timely written opposition to the Trustee's Motion to Dismiss as required by E.D.N.Y. LBR 9013-1(b); and

WHEREAS, the Debtor failed to commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1); and

WHEREAS, the Debtor failed to file a Chapter 13 Plan, as required by 11 U.S.C. §1321 and Fed. R. Bankr. P. 3015(b); and

WHEREAS, the Debtor failed to comply with 11 U.S.C. §521(e)(2)(A)(i) in that the Debtor has failed to provide the Trustee with a copy of a federal income tax return or transcript for the most recent year 7 days before the first meeting of creditors; and

WHEREAS, the Debtor failed to comply with the disclosure requirements of E.D.N.Y. LBR 2003-1; and

WHEREAS, each of the foregoing constitutes cause for dismissal of a Chapter 13 case; it is accordingly

ORDERED, that the instant Chapter 13 case be dismissed pursuant to 11 U.S.C. §1307(c) of the Bankruptcy Code.

Dated: Central Islip, NY
              , 2019

_____
Hon. Alan S. Trust
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    Chapter 13 Case No: 819-70826-AST
IN RE

CHRISTOPHER HANOVER,

                                          CERTIFICATE OF SERVICE
                                              BY MAIL
                       Debtor.
-----------------------------------------------------------X


        This is to certify that I, Nathan Z. Kaufman, have this day served a true, accurate and correct copy of the within Notice of Settlement and proposed Order by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

CHRISTOPHER HANOVER
615 WYNGATE DRIVE WEST
VALLEY STREAM, NY 11580

ELIO FORCINA, ESQ.
66-85 73RD PLACE
MIDDLE VILLAGE, NY 11379

Friedman Vartolo, LLP
1325 Franklin Ave, Ste 230
Garden City, NY 11530

This May 9, 2019

s/ *Nathan Z. Kaufman*
Nathan Z. Kaufman, Staff Attorney
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
100 Jericho Quadrangle; Suite 127
Jericho, NY 11753
(516) 622-1340

Index No: 819-70826-AST
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE

CHRISTOPHER HANOVER,

Debtor.

**NOTICE OF SETTLEMENT, ORDER
and
CERTIFICATE OF SERVICE**

**MARIANNE DeROSA, TRUSTEE
100 JERICHO QUADRANGLE, STE 127
JERICHO, NY 11753
(516) 622-1340**